**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ALEDANDER PROUT,

                                 Plaintiff,

           -against-

ANNE C. VLADECK & VLADECK RASKIN
CLARK, P.C.,

                                Defendants.
------------------------------------------------------------------X

Case No. 18-CV-00260 (JSR)(RLM)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the Declaration of Anthony J. Proscia, Esq., dated March 13, 2018, the exhibits attached thereto, the accompanying Memorandum of Law in Support, and upon all the pleadings and proceedings had herein, Defendants VLADECK, RASKIN & CLARK, P.C., incorrectly sued herein as Vladeck Raskin Clark, P.C., and ANNE C. VLADECK, ESQ. will move this Court, before the Honorable Jed S. Rakoff, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for an Order: (i) disqualifying Sanford Heisler Sharp, LLP and all of its attorneys, as counsel of record for Plaintiff Alexander Prout, incorrectly captioned herein as Aledander Prout; and (ii) granting such other and further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order of Judge Jed S. Rakoff on March 9, 2018: (i) any papers to be submitted in response or opposition to the within motion must be served upon the undersigned and filed with the Court on or before April 10, 2018; (ii) the Defendants' reply, if any, shall be served upon Plaintiff's counsel and filed with the Court on or before April 24, 2018; and (iii) oral argument of the instant motion has been scheduled for May 1, 2018 at 4:00 p.m.

Dated: New York, New York
March 13, 2018

**KAUFMAN DOLOWICH & VOLUCK, LLP**
*Attorneys for Defendants*

　/s/ Anthony J. Proscia, Esq.　
Ivan S. Smith
Anthony J. Proscia
Adam M. Marshall
40 Exchange Place, 20th Floor
New York, New York 10005
T: (212) 485-9600
F: (212) 485-9700
E: ISmith@kdvlaw.com
　AProscia@kdvlaw.com
　AMarshall@kdvlaw.com

To:   *VIA* **ECF UPON COUNSEL FOR ALL PARTIES**

ND: 4827-4461-6287, v. 1

2